UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>2750 E. Ginter Road, Tucson, Arizona, together with any and all improvements, fixtures and appurtenances attached thereto and thereon,<br><br>　　　　　　Defendant. | CV 11-690 TUC DCB<br><br>**JUDGMENT FOR FORFEITURE** |

　　Upon motion of the United States, and good cause appearing,

　　IT IS ORDERED that the Motion for Judgment (Doc. 19) is GRANTED

　　IT IS FURTHER ORDERED that 2750 E. Ginter Road, Tucson, Arizona, together with any and all improvements, fixtures and appurtenances attached thereto and thereon with Pima County Assessor's parcel number 140-27-056D, legally described as:

　　The North half of the West half of Lot 140, Los Ranchitos No. 3, according to the plat or record in the Office of the Pima County Recorder, in Book 7 of Maps, Page 76. (Measuring 157.5 feet wide by 300 feet deep)

is hereby condemned, forfeited to and vested in the United States.

　　IT IS FURTHER ORDERED that the proceeds of the sale of the Defendant Real Property, shall be applied and paid as follows:

　　1. To the payment of any and all expenses incurred by U.S. Department of

Homeland Security and their substitute custodian in the seizure, maintenance and sale of the real property.

2. To the payment of any and all real property taxes due, up to the date of the entry of judgment.

3. $45,000 in U.S. currency shall be paid to the government.

4. Any further proceeds shall be paid to claimants Antonio Saldivar and Diana Gastelum.

IT IS FURTHER ORDERED that if the proceeds from the sale of the Defendant Real Property exceed $90,000 after payment of any and all expenses incurred by U.S. Department of Homeland Security and their substitute custodian in the seizure, maintenance and sale of the real property, and after payment of any and all real property taxes due, up to the date of the entry of judgment, the government and claimants Antonio Saldivar and Diana Gastelum shall divide the proceeds equally.

IT IS FURTHER ORDERED that all other provisions of the Stipulated Judgment for Forfeiture entered by this Court on July 13, 2012 (Docket at 18) remain in full force and effect.

Dated this 19th day of October, 2012.

David C. Bury
United States District Judge